1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SUSAN MARIE SHULTZ,                    No.  2:22-cv-00397-KJM-AC PS

11          Plaintiff,

12      v.                                  ORDER

13   KERN COUNTY,

14          Defendant.

15

16          On March 2, 2022, plaintiff filed a complaint and a motion to proceed in forma pauperis

17   ("IFP").  ECF Nos. 1 and 2.  On March 4, 2022, the undersigned granted the motion to proceed

18   IFP but rejected the complaint with leave file an amended complaint within 30 days, per the

19   screening process required by the IFP statute.  ECF No. 3.  Plaintiff did not file an amended

20   complaint.

21          Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in

22   writing, within 14 days, why her failure to file an amended complaint should not result in a

23   recommendation that this case be dismissed for failure to prosecute.  The filing of an amended

24   complaint within this timeframe will serve as cause and will discharge this order.  If plaintiff fails

25   to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

26   DATED: April 7, 2022

27                                          ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE

28