1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SUSAN MARIE SHULTZ,                          No.  2:22-cv-00397 KJM AC PS

12                  Plaintiff,

13           v.                                   FINDINGS AND RECOMMENDATIONS

14   KERN COUNTY,

15                  Defendant.

16

17          Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

18   undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21).  On March 4, 2022,

19   the court granted plaintiff's application to proceed in forma paupers but declined to serve the

20   complaint pursuant to the IFP screening process, giving plaintiff an opportunity to file an

21   amended complaint.  ECF No. 3.  Plaintiff did not file an amended complaint.  Concerned that

22   plaintiff had abandoned this case, the court issued an order to show cause within 14 days why this

23   action  should not be dismissed for failure to prosecute.  ECF No. 4.  Plaintiff was cautioned that

24   failure respond could lead to a recommendation that the action be dismissed.  Plaintiff did not

25   respond.  Plaintiff has not responded to the court's orders, nor taken any action to prosecute this

26   case.

27          Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without

28   prejudice, for lack of prosecution and for failure to comply with the court's order.  See Fed. R.

                                                   1

1   Civ. P. 41(b); Local Rule 110.

2   　　　These findings and recommendations are submitted to the United States District Judge

3   assigned to this case, pursuant to the provisions of  28 U.S.C. § 636(b)(l).  Within twenty-one

4   (21) days after being served with these findings and recommendations, plaintiff may file written

5   objections with the court.  Such document should be captioned "Objections to Magistrate Judge's

6   Findings and Recommendations."  Local Rule 304(d).  Plaintiff is advised that failure to file

7   objections within the specified time may waive the right to appeal the District Court's order.

8   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9   DATED: April 26, 2022

10

11   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2