UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE SHULTZ, | No. 2:22-cv-00397 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| KERN COUNTY, et al, | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff filed a request for leave to proceed in forma pauperis ("IFP"), and has submitted the affidavit required by that statute. See 28 U.S.C. § 1915(a)(1). The undersigned granted the motion to proceed IFP, but rejected plaintiff's initial complaint on screening and invited her to file an amended complaint. ECF No. 3. Plaintiff failed to file a timely amended complaint and failed to respond to a subsequent order to show cause, and so the undersigned recommended that the case be dismissed for failure to prosecute. ECF No. 5. On May 23, 2022, plaintiff belatedly filed a first amended complaint (ECF No. 6) and a second motion to proceed IFP (ECF No. 7). Considering plaintiff's pro se status, the court will WITHDRAW the findings and recommendations to dismiss for failure to prosecute (ECF No. 5).

It has also come to the court's attention that this case has been filed in the incorrect division of the Eastern District of California. In her complaint, plaintiff alleges violations of her

1

civil rights by defendants. The alleged violations took place in Kern County and all defendants are located in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations at ECF No. 5 are WITHDRAWN;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: May 31, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE